IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BELZ PARK PLACE, G.P., and BELZ/SOUTH BLUFFS, INC., <br><br>    Plaintiffs, <br><br>v. <br><br>P.F. CHANG'S CHINA BISTRO, INC. and ZURICH AMERICAN INSURANCE COMPANY, <br><br>    Defendants, <br><br>and <br><br>ZURICH AMERICAN INSURANCE COMPANY individually and as equitable subrogee of P.F. CHANG'S CHINA BISTRO, INC., <br><br>    Third-Party Plaintiff, <br><br>v. <br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br>    Third-Party Defendant. | No. 12-cv-2656-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' Complaint (ECF No. 1), filed July 25, 2012,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with this Court's Order filed March 23, 2015 (ECF No. 70), all claims against Zurich American Insurance Company and Travelers Property Casualty Company of America are hereby

DISMISSED WITH PREJUDICE.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

March 27, 2015
Date