# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BELZ PARK PLACE, G.P., and BELZ/SOUTH BLUFFS, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> P.F. CHANG'S CHINA BISTRO, INC. and ZURICH AMERICAN INSURANCE COMPANY, <br><br>  Defendants, <br><br> and <br><br> ZURICH AMERICAN INSURANCE COMPANY individually and as equitable subrogee of P.F. CHANG'S CHINA BISTRO, INC., <br><br>  Third-Party Plaintiff, <br><br> v. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br>  Third-Party Defendant. | No. 12-cv-2656-SHL-cgc |

**ORDER ADMINISTRATIVELY CLOSING CASE WITHOUT PREJUDICE**

On April 1, 2015, the Court held a status conference in this matter, at which all parties agreed that the case was not ripe for disposition because of the pendency of the related state-court cases. The Court agrees with the position taken by all parties that the case should be administratively closed at this time.

Therefore, this case will be administratively closed, without prejudice, pending further action by the parties before this Court. Should the case require further administration, it will be

reopened upon filing of a motion by the parties without the necessity of a reopening filing fee.

The parties shall immediately notify the Court when the case is ripe for disposition.

**IT IS SO ORDERED,** this 2nd day of April, 2015.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
UNITED STATES DISTRICT JUDGE
